Frank S. Hedin (Pro Hac Vice Application Pending)
Arun G. Ravindran (Admitted Pro Hac Vice)
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:    (801) 322-2002
Facsimile:    (801) 912-0320
E-Mail:      dws@psplawyers.com

Attorneys for Plaintiffs and the Putative Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY, AUTUMN MORGAN, KISHONA SMITH, MONIQUA WALKER, STUART ROGOFF, ALYSSA MOSER, and THOMAS MONACO individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MRS. FIELDS GIFTS, INC.,<br><br>    Defendant. | **NOTICE OF FILING OF DUCivR 15-1(a)(2) REDLINE COMPARING ORIGINAL COMPLAINT (ECF NO. 2) WITH PROPOSED AMENDED COMPLAINT (ECF NO. 35-1)**<br><br>Case No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Plaintiffs Jim Curry, Autumn Morgan, Kishona Smith, Moniqua Walker, Stuart Rogoff,

Alyssa Moser, and Thomas Monaco, individually and on behalf of all others similarly situated,

submit this notice of filing the redline comparison of the original complaint (ECF No. 2) with the

Proposed Amended Complaint (ECF No. 35-1), as Exhibit A hereto.

Dated: December 27, 2023.

PETERS | SCOFIELD
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD
**Local Counsel for Plaintiff and the Putative Class**

**HEDIN HALL LLP**
Frank S. Hedin*
Arun G. Ravindran (Admitted Pro Hac Vice)

*Pro Hac Vice Application Forthcoming*

**Counsel for Plaintiff and the Putative Class**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused the foregoing **NOTICE OF FILING OF DUCivR 15-1(a)(2) REDLINE COMPARING ORIGINAL COMPLAINT (ECF NO. 2) WITH PROPOSED AMENDED COMPLAINT (ECF NO. 35-1)** to be filed with the Court through its CM/ECF system, this 27th day of December, 2023, which will serve copies hereof electronically on the following counsel registered for CM/ECF notification:

Milo Steven Marsden-- marsden.steve@dorsey.com

Maryann Bauhs-- bauhs.maryann@dorsey.com

Michael Edward Rowe, III-- rowe.michael@dorsey.com

Ashish Nagdev-- anagdev@sidley.com

Arun Ravindran-- ARavindran@hedinhall.com


/s/ David W. Scofield