Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
       bauhs.maryann@dorsey.com

Michael Rowe (Admitted Pro Hac Vice)
**DORSEY & WHITNEY LLP**
50 South 6th Street #1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
Email: rowe.michael@dorsey.com

Ash Nagdev (Admitted Pro Hac Vice)
**SIDLEY AUSTIN LLP**
1001 Page Mill Road Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
Email: anagdev@sidley.com

*Attorneys for Mrs. Fields Gifts, Inc.*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY, et al.,<br><br>              Plaintiffs,<br>v.<br><br>MRS. FIELDS GIFTS, INC.,<br><br>              Defendant. | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br>Civil No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 26(f), an attorney's planning meeting was held on November 20, 2023 telephonically. An attorney's planning meeting report was filed, presenting disagreements. Subsequently, counsel for Plaintiffs and Defendant have further met and conferred and have come to an agreement regarding the schedule in this case. The parties now stipulate and jointly move this Court to enter the attached proposed scheduling order in accordance with the parties' agreement.

DATED this 16th day of January 2024.

DORSEY & WHITNEY, LLP

*/s/ Maryann Bauhs*
Maryann Bauhs
*Attorneys for Defendant*

HEDIN LLP

*/s/ Arun G. Ravindran (signed with permission)*
Arun G. Ravindran (Pro Hac Vice)
*Attorneys for Plaintiff*

4881-5648-6045\3