Frank S. Hedin (Pro Hac Vice Application Pending)
Arun G. Ravindran (Admitted Pro Hac Vice)
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:     (801) 322-2002
Facsimile:     (801) 912-0320
E-Mail:          dws@psplawyers.com

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JIM CURRY, AUTUMN MORGAN, KISHONA SMITH, MONIQUA WALKER, STUART ROGOFF, ALYSSA MOSER, and THOMAS MONACO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRS. FIELDS GIFTS, INC.,<br><br>Defendant. | **STIPULATED MOTION TO ACCEPT PLAINTIFFS' CORRECTED OPPOSITION AND ENLARGE BRIEFING SCHEDULE**<br><br>Case No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

**STIPULATED MOTION**

By and through their respective counsel Plaintiffs and Defendant Mrs. Fields Gifts, Inc., file this Stipulated Motion to Accept Plaintiffs' Corrected Opposition and Enlarge Briefing Schedule:

**Relief requested:** The Motion seeks an Order entering a stipulation between the parties which deems Plaintiffs' Corrected Opposition to Defendant's Motion to Dismiss (ECF No. 54) as the operative response to the Motion to Dismiss (ECF No. 49) and which extends the date for Defendant to file its reply thereto from April 8, 2024 to April 12, 2024.

**Grounds:** Plaintiffs filed their First Amended Complaint on January 17, 2024. (ECF No. 45). On February 16, 2024, Defendant filed a Motion to Dismiss on Fed. R. Civ. P. 12(b)(1) and 12(b)(6) grounds and in the Motion sought additional relief under Fed. R. Civ. P. 12(f). (ECF No. 49). The Court adopted the parties stipulated briefing schedule on the Motion. (ECF No. 51).

Plaintiffs' counsel experienced a technical issue with Microsoft Word while finalizing their response brief (ECF No. 53), which resulted in the filed brief that containing numerous, non-substantive formatting and text inclusion and omission errors. Plaintiffs have filed a corrected version that fixes those issues but remains substantively the same as the originally filed brief. (ECF No. 53). The parties have therefore agreed that Defendant's deadline to reply to Plaintiffs' Corrected Opposition shall be extended to April 12, 2022.

The parties stipulate and agree that the Court may enter the attached Proposed Order, wherefore, the proposed order's entry authorizing the corrected brief and schedule is requested.

| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **PETERS \| SCOFIELD**<br>*A Professional Corporation* |
| /s/ Jacquelyn E. Fradette<br>Jacquelyn E. Fradette (Pro Hac Vice)<br>*Counsel for Defendant Mrs. Fields Gifts, Inc.*<br>*(signed by filing attorney with permission of Mrs. Fields Gifts, Inc.'s attorney)* | /s/ David W. Scofield<br>DAVID W. SCOFIELD<br><br>**HEDIN LLP**<br>Frank S. Hedin (Pro Hac Vice Application Pending)<br>Arun G. Ravindran (Pro Hac Vice)<br>*Counsel for Plaintiffs and the Putative Class* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused the foregoing **STIPULATED MOTION TO ACCEPT PLAINTIFFS' CORRECTED OPPOSITION AND ENLARGE BRIEFING SCHEDULE** to be filed with the Court through its CM/ECF system, this 21st day of March, 2024, which will serve copies hereof electronically on the following counsel registered for CM/ECF notification:

Milo Steven Marsden-- marsden.steve@dorsey.com

Maryann Bauhs-- bauhs.maryann@dorsey.com

Michael Edward Rowe, III-- rowe.michael@dorsey.com

Jacquelyn E. Fradette-- jfradette@sidley.com

Amy P. Lally-- alally@sidley.com

Ashish Nagdev-- anagdev@sidley.com

Arun Ravindran-- ARavindran@hedinhall.com


/s/ David W. Scofield