Milo Steven Marsden (#4879)
Michael E. Rowe (Admitted Pro Hac Vice)
Maryann Bauhs (#17196)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
marsden.steve@dorsey.com
bauhs.maryann@dorsey.com
rowe.micheal@dorsey.com

Jacquelyn E. Fradette
(Admitted Pro Hac Vice)
**SIDLEY AUSTIN LLP**
1501 K. St NW
Washington, DC 20005
Telephone: (202) 736-8000
Email: jfradette@sidley.com

Amy P. Lally
(Admitted Pro Hac Vice)
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Email: alally@sidley.com

Ash Nagdev
(Admitted Pro Hac Vice)
**SIDLEY AUSTIN LLP**
1001 Page Mill Road Building 1
Palo Alto, CA 94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
Email: anagdev@sidley.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MRS. FIELDS GIFTS, INC.,<br><br>　　　　Defendant. | **STIPULATED MOTION TO STAY CASE PENDING MEDIATION**<br><br>Case No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

## STIPULATED MOTION

By and through their respective counsel, Plaintiffs and Defendant[1] file this Stipulated Motion to Stay the Case:

**Relief requested:** The Motion seeks an Order entering a stipulation between the parties that the case is stayed, including a stay of all case deadlines, while the parties explore possible resolution through mediation.

**Grounds:** Plaintiffs filed their First Amended Complaint on January 17, 2024. (ECF No. 45). Defendant filed a motion to dismiss on February 16, 2024. Plaintiffs filed their corrected opposition on March 21, 2024. Defendants' reply is currently due April 12, 2024. *Id*.

Discovery in this case has commenced, and the parties have also begun to explore whether early resolution is possible. To that end, the parties have agreed to mediate the case before the Hon. Wayne R. Andersen (Ret.) of JAMS on June 27, 2024, the earliest date Judge Andersen is available. To conserve party and judicial resources, the parties have stipulated to a stay of the case while the parties are engaging in the mediation process. Once the mediation has concluded, the parties will promptly update the court on the status.

Accordingly, the parties jointly request that the Court enter the attached Proposed Order staying the case pending completion of the parties' upcoming mediation.

---

[1] Pursuant to the concurrently filed Stipulation Regarding Substitution of Defendant, the name of the Defendant's is now Mrs. Fields Gifts, LLC.

DATED this 4th day of April, 2024          **SIDLEY AUSTIN LLP**

/s/ *Jacquelyn E. Fradette*
Jacquelyn E. Fradette (Pro Hac Vice)
*Counsel for Defendant*

**HEDIN LLP**

/s/ *Frank S. Hedin*
(signed with permission via email)
Frank S. Hedin (Pro Hac Vice)