# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY, *et. al*., individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>MRS. FIELDS GIFTS, LLC,<br><br>                Defendant. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Upon review, the Court GRANTS the parties' Stipulated Motion for Amended Scheduling Order (ECF No. 62.) and amends the scheduling order as follows:

| Event | Date |
|---|---|
| **FACT DISCOVERY** | |
| Deadline to serve written discovery | 10/28/2024 |
| Deadline for fact discovery to close | 11/26/2024 |
| Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e) | 11/26/2024 |
| **AMENDMENTS OF PLEADINGS AND JOINING OF PARTIES** | |
| Plaintiffs to file a motion to file amendment pleadings | 8/1/2024 |
| Defendant to file a motion to file amendment pleadings | 8/1/2024 |
| Plaintiffs to file a motion to join additional parties | 8/1/2024 |
| Defendant to file a motion to file amendment pleadings | 8/1/2024 |
| Plaintiffs to file a motion to join additional parties | 8/1/2024 |
| Defendant to file a motion to join additional parties | |
| **EXPERT DISCOVERY** | |
| Plaintiffs' notice of designation required by DUCivR 26-1(a)(2) | 10/7/2024 |
| Defendant's notice of designation required by DUCivR 26-1(a)(2) – | 11/7/2024 |
| Plaintiffs' Fed. R. Civ. P. 26(a)(2) disclosures and reports | 10/7/2024 |
| Defendant's Fed. R. Civ. P. 26(a)(2) disclosures and reports | 11/7/2024 |
| Rebuttal Fed. R. Civ. P. 26(a)(2) disclosures and reports | 11/21/2024 |
| Deadline for expert discovery to close | 12/13/2024 |
| **MOTION FOR CLASS CERTIFICATION** | |
| Deadline to file any class certification motion | 12/20/2024 |
| Deadline to file opposition brief | 2/3/2025 |
| Deadline to file reply brief | 2/18/2025 |

| **DISPOSITIVE MOTIONS** | |
|---|---|
| 1. Deadline for filing | 2/4/2025 |
| 2. Deadline for filing opposition | 3/4/2025 |
| 3. Deadline to file replies | 3/18/2025 |

**If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting at trial date: 2/11/2025 at 2:00 p.m.**

**After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 4th quarter of 2025.**

IT IS SO ORDERED

Dated this 5th day of July, 2024

BY THE COURT

_____
Dustin B. Pead
U.S. Magistrate Judge