# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY, *et. al*., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>MRS. FIELDS GIFTS, LLC,<br><br>    Defendant. | **STIPULATED MOTION FOR ENTRY OF REVISED CASE MANAGEMENT DEADLINES**<br><br>Case No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

  By and through their respective counsel, Plaintiffs and Defendant Mrs. Fields Gifts, LLC, submit this Stipulated Motion for the Entry of New Case Management Deadlines:

  **Relief requested:** This Stipulated Motion seeks an Order setting forth new case management case deadlines extended from the existing case deadlines. Any deadlines not mentioned below will remain the same. The present and proposed schedule are as follows:

| Event | Present Date | Proposed Date |
|---|---|---|
| **PLEADINGS** | | |
| Deadline to answer complaint | 8/27/2024 | 9/17/2024 |
| **FACT DISCOVERY** | | |
| Deadline to serve written discovery | 10/28/2024 | 11/18/2024 |
| Deadline for fact discovery to close | 11/26/2024 | 12/17/2024 |
| Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e) | 11/26/2024 | 12/17/2024 |
| **EXPERT DISCOVERY** | | |
| Plaintiffs' notice of designation required by DUCivR 26-1(a)(2) | 10/7/2024 | 12/27/2024 |
| Plaintiffs' Fed. R. Civ. P. 26(a)(2) disclosures and reports | 10/7/2024 | 12/27/2024 |
| Defendant's notice of designation required by DUCivR 26-1(a)(2) – | 11/7/2024 | 1/28/2024 |
| Defendant's Fed. R. Civ. P. 26(a)(2) disclosures and reports | 11/7/2024 | 1/28/2024 |
| Rebuttal Fed. R. Civ. P. 26(a)(2) disclosures and reports | 11/21/2024 | 2/18/2024 |
| Deadline for expert discovery to close | 12/13/2024 | 3/18/2024 |
| **MOTION FOR CLASS CERTIFICATION** | | |
| Deadline to file any class certification motion | 12/20/2024 | 3/25/2025 |
| Deadline to file opposition brief | 2/3/2025 | 4/25/2025 |
| Deadline to file reply brief | 2/18/2025 | 5/13/2025 |
| **DISPOSITIVE MOTIONS** | | |
| 1. Deadline for filing | 2/4/2025 | 5/6/2025 |
| 2. Deadline for filing opposition | 3/4/2025 | 6/6/2025 |
| 3. Deadline to file replies | 3/18/2025 | 6/20/2025 |

**Grounds:** The Court entered the operative case management schedule on January 16, 2024. The Court stayed the case on April 5, 2024 (ECF No. 60) to afford the parties time to attend mediation. The parties attended mediation on June 27, 2024. A settlement was not reached. The parties then jointly sought the entry of a revised proposed schedule set forth above, which extended all remaining case management deadline by approximately 90 days. (ECF No. 63).

Following the Court's denial of Defendant's second motion to dismiss, the parties have continued to explore whether resolution is possible. To facilitate those discussions, the parties request a further extension of the case deadlines as listed above. The proposed schedule extends fact discovery by three weeks, sequences expert discovery to occur after the close of fact discovery includes additional time to allow for the holidays, and proportionally extends time for class certification and dispositive motions.

Respectfully Submitted,

/s/ _____
Jacquelyn E. Fradette (Pro Hac Vice)
**SIDLEY AUSTIN LLP**
1501 K ST NW
Washington, DC 20005
(202)736-8000
Email: jfradette@sidley.com

*Counsel for Defendant*

/s/ _____
DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:    (801) 322-2002
Facsimile:    (801) 912-0320
E-Mail:       dws@psplawyers.com

Frank S. Hedin (Pro Hac Vice)
Arun G. Ravindran (Pro Hac Vice)
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinllp.com
aravindran@hedinllp.com
*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he caused the foregoing **STIPULATED MOTION FOR ENTRY OF REVISED CASE MANAGEMENT DEADLINES** to be filed with the Court through its CM/ECF system, this 2nd day of July, 2024, which will serve copies hereof electronically on the following counsel registered for CM/ECF notification:

    Milo Steven Marsden-- marsden.steve@dorsey.com

    Maryann Bauhs-- bauhs.maryann@dorsey.com

    Michael Edward Rowe, III-- rowe.michael@dorsey.com

    Ashish Nagdev-- anagdev@sidley.com

    Arun Ravindran-- ARavindran@hedinllp.com

    David W. Scofield -- dws@psplawyers.com

                                     /s/ Jacquelyn E. Fradette