UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY, *et. al*., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MRS. FIELDS GIFTS, LLC,<br><br>　　　　　　Defendant. | **ORDER GRANTING MOTION FOR ENTRY OF REVISED CASE MANAGEMENT DEADLINES**<br><br>Case No. 2:22-cv-00651-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Based on the Parties' Stipulated Motion for Entry of Revised Case Management Deadlines the Court revises the case management schedule as follows:

| Event | Date |
|---|---|
| **PLEADINGS** | |
| Deadline to answer complaint | 9/17/2024 |
| **FACT DISCOVERY** | |
| Deadline to serve written discovery | 11/18/2024 |
| Deadline for fact discovery to close | 12/17/2024 |
| Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e) | 12/17/2024 |
| **EXPERT DISCOVERY** | |
| Plaintiffs' notice of designation required by DUCivR 26-1(a)(2) | 12/27/2024 |
| Plaintiffs' Fed. R. Civ. P. 26(a)(2) disclosures and reports | 12/27/2024 |
| Defendant's notice of designation required by DUCivR 26-1(a)(2) – | 1/28/2025 |
| Defendant's Fed. R. Civ. P. 26(a)(2) disclosures and reports | 1/28/2025 |
| Rebuttal Fed. R. Civ. P. 26(a)(2) disclosures and reports | 2/18/2025 |
| Deadline for expert discovery to close | 3/18/2025 |
| **MOTION FOR CLASS CERTIFICATION** | |
| Deadline to file any class certification motion | 3/25/2025 |
| Deadline to file opposition brief | 4/25/2025 |
| Deadline to file reply brief | 5/13/2025 |
| **DISPOSITIVE MOTIONS** | |
| 1. Deadline for filing | 5/6/2025 |
| 2. Deadline for filing opposition | 6/6/2025 |
| 3. Deadline to file replies | 6/20/2025 |

IT IS SO ORDERED

Dated this _____ day of _____, 2024

BY THE COURT

_____
Magistrate Judge Justin B. Pead