## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JIM CURRY et al, individually and on behalf of all others similarly situated, | **ORDER GRANTING JOINT STIPULATION TO STAY** |
| Plaintiffs, | |
| v. | Case No. 2:22-cv-00651-JNP-DBP |
| MRS. FIELDS GIFTS, LLC, | District Court Judge Jill N. Parrish |
| Defendant. | Magistrate Judge Dustin B. Pead |

Based upon the Joint Stipulation, the Court hereby Orders as follows:

The Motion is GRANTED (ECF No. 74) and the case is STAYED, including a stay of all case deadlines, for thirty days while the parties explore possible resolution through settlement negotiations. If the Parties do not settle, they will jointly submit a revised scheduling order.

.    IT IS SO ORDERED.

Dated this 25th day of October, 2024.

BY THE COURT

Dustin B. Pead

U.S. Magistrate Judge